JUDGE TIFFANY M. CARTWRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

BRIAN TOFTE, in his Personal Capacity; CYNTHIA ALDERETTE, in her personal capacity; MICHAEL B. SMITH, Personal Representative of the Estate of JUSTIN LEE TOFTE, deceased,

Plaintiffs,

v.

CITY OF LONGVIEW, et. al.

Defendants.

NO. 3:22-cv-05700-TMC

STIPULATED MOTION TO AMEND CAPTION

NOTE ON MOTION CALENDAR:
March 1, 2024

## I. STIPULATION

For good cause shown and pursuant to Federal and Local Rule of Civil Procedure 16(b)(6), all Parties to this matter respectfully and jointly move the Court for entry of an order correcting the case caption as described in detail below.

Pursuant to Federal Rule of Civil Procedure 10 and 15(a)(2), Plaintiffs Bryan Tofte, Cynthia Alderette, and Michael T. Smith, and Defendants City of Longview, a political subdivision of the State of Washington; Robert Huhta, Interim Chief of the Longview Police Department, in his personal capacity; Jordan Sanders, in his personal capacity; Matt Hartley, in his individual capacity; John Reeves, in his personal capacity, (collectively, "Parties") move this

STIPULATED MOTION TO AMEND CAPTION
AND ORDER - 1
NO. 3:22-cv-05700-TMC

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

1  Court to amend the case caption in the above-captioned matter due to a minor scrivener's error.

2  The Personal Representative's middle initial should be "T" and not "B." Plaintiffs move that the

3  amended case caption should read:

> BRIAN TOFTE, in his Personal Capacity; CYNTHIA ALDERETTE, in her personal capacity; MICHAEL T. SMITH, Personal Representative of the Estate of JUSTIN LEE TOFTE, deceased,
> Plaintiffs,
> v.
> CITY OF LONGVIEW, a political subdivision of the State of Washington; ROBERT HUHTA, Interim Chief of the Longview Police Department, in his personal capacity; JORDAN SANDERS, in his personal capacity; MATT HARTLEY, in his individual capacity; JOHN REEVES, in his personal capacity; JOHN and JANE DOES 1-10, in their personal capacities,
> Defendants.

For good cause shown and pursuant to FRCP 10 and 15(a)(2), all parties to this matter stipulate as follows:

1. No party has been prejudiced by this scrivener's error.

2. Parties consent to the change from Michael B. Smith to Michael T. Smith.

Based upon the stipulation and agreements set forth above, the parties stipulate to the filing of the Agreed Order below.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: March 1, 2024        GALANDA BROADMAN, PLLC
                            *Attorneys for Plaintiffs*

                            *s/ Ryan Dreveskracht*
                            Ryan D. Dreveskracht, WSBA #42593
                            8606 35th Avenue NE, Suite L1
                            P.O. Box 15146

STIPULATED MOTION TO AMEND CAPTION AND ORDER - 2
NO. 3:22-cv-05700-TMC

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

|   |   |   |
|---|---|---|
| 1 |   | Seattle, WA 98115 |
| 2 |   | Phone: (206) 557-7509 |
|   |   | Fax: (206) 299-7690 |
| 3 |   | Email: ryan@galandabroadman.com |
| 4 |   | s/Mark Linquist |
|   |   | Mark E. Lindquist, WSBA # |
| 5 |   | Herrmann Law Group |
|   |   | 505 Fifth Avenue South, Ste 330 |
| 6 |   | Seattle, WA 98104 |
|   |   | Phone: (253)627-8142 |
|   |   | Email: mark@hlg.lawyer |

1  
2  
3  
4  
5  
6  Seattle, WA 98115  
Phone: (206) 557-7509  
Fax: (206) 299-7690  
Email: *ryan@galandabroadman.com*

s/Mark Linquist  
Mark E. Lindquist, WSBA #  
Herrmann Law Group  
505 Fifth Avenue South, Ste 330  
Seattle, WA 98104  
Phone: (253)627-8142  
Email: *mark@hlg.lawyer*

7  DATED: March 1, 2024      LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH

8  *Attorneys for Defendants City of Longview, Robert Huhta, Jordan Sanders, Matt Hartley, and John Reeves*

9  

10  

11   s/ John Justice  
John E. Justice, WSBA No. 23042  
PO Box 11880  
Olympia, WA 98508-1880  
Phone: (360) 754-3480  
Fax: (360) 357-3511  
Email: *jjustice@lldkb.com*  
           *mthrogmorton@lldkb.com*

STIPULATED MOTION TO AMEND CAPTION AND ORDER - 3  
NO. 3:22-cv-05700-TMC

**Galanda Broadman PLLC**  
8606 35th Avenue NE, Ste. L1  
Mailing: P.O. Box 15146  
Seattle, WA 98115  
(206) 557-7509

**ORDER**

Pursuant to the Stipulation above, the Court hereby orders that the case caption be amended to reflect Michael T. Smith in lieu of Michael B. Smith as agreed by the Parties.

DATED this 4th day of March, 2024.

_____
Tiffany M. Cartwright
United States District Judge

STIPULATED MOTION TO AMEND CAPTION
AND ORDER - 4
NO. 3:22-cv-05700-TMC

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509